# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM INT'L., a Korean corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PRIVY, INC., a California Corporation; FASHION NOVA, INC. a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 19-4026-GW-SSx<br><br>**ORDER**<br><br>*Honorable George H. Wu* |

1  Having reviewed the parties' stipulation, the Court hereby orders that this case be
2  dismissed in its entirety with prejudice and each party shall bear its own costs and
3  attorney fees.
4
5  IT IS SO ORDERED.
6
7  Dated: July 15, 2020
8
9  _____
10  HON. GEORGE H. WU,
    United Stated District Judge